UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
AGERE SYSTEMS INC.,                 :
                                    :   09 Civ. 9717 (JSR)
              Plaintiff,            :
                                    :
       - against -                  :
                                    :
XILINX, INC.,                       :
                                    :
              Defendant.            :
                                    :
------------------------------------X

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Agere Systems Inc. ("Agere"), a nongovernmental corporate party, certifies that Agere is a wholly-owned subsidiary of LSI, which itself is a publicly-held company. Publicly-traded investment management firm BlackRock, Inc., through its subsidiaries BlackRock Advisors LLC, BlackRock Asset Management U.K. Limited, BlackRock Financial Management, Inc., BlackRock Investment Management LLC, BlackRock Investment Management (Australia) Limited, BlackRock (Channel Islands) Ltd, BlackRock International Ltd, BlackRock Japan Co.

Ltd, BlackRock Investment Management UK Ltd, and State Street Research & Management Co., owns 10% or more of LSI stock.

Dated: New York, New York
December 4, 2009

                                SIDLEY AUSTIN LLP

By: _____
Robert W. Hirth
Thomas H. Beck
James D. Arden
787 Seventh Avenue
New York, New York 10019
Tel: (212) 839-5300
Fax: (212) 839-5599
*Attorneys for Plaintiff Agere Systems Inc.*