```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
AGERE SYSTEMS INC.,                  :
                                     :
               Plaintiff,            :
                                     :
          -v-                        :    09 Civ. 9717 (JSR)
                                     :
XILINX, INC.,                        :
                                     :
               Defendant.            :
------------------------------------ x
AGERE SYSTEMS INC. and LSI CORP.,    x
                                     :
               Plaintiffs,           :
                                     :
          -v-                        :    09 Civ. 9719 (JSR)
                                     :
XILINX, INC.,                        :         ORDER
                                     :
               Defendant.            :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

    The Court hereby orders the consolidation of the above-captioned cases under docket number 09 Civ. 9717.

    SO ORDERED.

                                                      JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       December 16, 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-17-09